```
 1  LAW OFFICE OF RICHARD W. SNYDER
    RICHARD W. SNYDER, ESQ., State Bar # 183570
 2  131 N. Tustin Ave., Suite 200
    Tustin, CA 92780
 3  (714) 505-7585
 4
 5  Attorney for Movant
    MERCHANTS ACQUISITION GROUP LLC
 6
```



**FILED & ENTERED**

**MAR 17 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

**CHANGES MADE BY COURT**

**NOT FOR PUBLICATION**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JOSE URIBE-SOLTERO<br><br>          Debtor, | Case No.: 2:19-25136-RK<br><br>CHAPTER 7<br><br>ORDER DENYING MOTION OF MERCHANTS ACQUISITION GROUP LLC FOR AN ORDER AUTHORIZING DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004<br><br>~~Date:  04/03/2020~~<br>~~Time:  01:00PM~~<br>~~Place: 131 N TUSTIN AVE~~<br>~~          SUITE 200~~<br>~~          TUSTIN CA 92780~~ |

TO DEBTOR JOSE LUIS URIBE, HIS COUNSEL OF RECORD, RAYMOND PEREZ, MERCHANTS ACQUISITION GROUP LLC, AND ITS COUNSEL OF RECORD, RICHARD W. SNYDER, AND INTERESTED PARTIES:

    In light of the public health emergency in California relating to the outbreak of respiratory illness due to a novel coronavirus, a disease now known as COVID-19, declared by Governor Gavin Newsom on March 4, 2020 (document accessed on March 17, 2020 at https://www.gov.ca.gov/wp-content/uploads/2020/03/3.4.20-Coronavirus-

SOE-Proclamation.pdf), and the current public health guidance of the California Department of Public Health for the Prevention of COVID-19 Transmission for Gatherings issued on March 16, 2020 (document accessed on March 17, 2020 at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/cdph-guidance-gatherings-covid19-transmission-prevention-03-16-2020.pdf) (the court takes judicial notice of these state proclamations posted online on the state's websites pursuant to Federal Rule of Evidence 201), stating that all gatherings of people, including non-essential professional, social and community gatherings, regardless of their sponsor, should be postponed or cancelled across the State of California until further guidance issued by the California Department of Public Health in order to protect the public health and slow the transmission of COVID-19, the court rules on the Motion on the papers pursuant to Local Bankruptcy Rule 2004-1(d) and denies without prejudice the Motion of Merchants Acquisition Group LLC for Order Authorizing Debtor Examination and Production of Documents under Federal Rule of Bankruptcy Procedure 2004 on April for an appearance of the Debtor at the Law Office of Richard W. Snyder, Counsel for Merchants Acquisition Group LLC, 131 N. Tustin Ave., Suite 200, Tustin, CA 92780, on April 3, 2020 at 1:00 PM, regarding the location and condition of its collateral sold to Debtor on agreement of security consisting of a 26 inch 5.5 [gold] chain and ¾ carat black diamond earrings.

　　The court denies the Motion in light of the public health emergency in California and the guidance of the public health authorities in the state to restrict nonessential professional gatherings, such as the requested Rule 2004 examination of Debtor, which the court determines to be nonessential at this time in light of the current public health

emergency. That is, the court cannot find from the showing of Merchants Acquisition Group LLC in the Motion any justification why it is essential to conduct this Debtor examination now in light of the current public health emergency and the urgent need to curb nonessential gatherings to slow the rate of transmission of COVID-19 in California.

If the moving party, Merchants Acquisition Group LLC, believes that it is essential to conduct this Debtor examination under Rule 2004 in spite of the declared public health emergency and of the current public health guidance against public gatherings, it may refile its motion and notice it for hearing on regular 21 days notice pursuant to Local Bankruptcy Rule 9013-1(d) or apply for a hearing on shortened notice pursuant to Local Bankruptcy Rule 9075-1.

Accordingly, the court orders as follows:

1. The Motion is denied without prejudice.
2. The Rule 2004 examination of Debtor before counsel for Merchants Acquisition Group LLC on April 4, 2020 is cancelled, and Debtor is not required to appear for that examination on that date.

IT IS SO ORDERED.

###

Date: March 17, 2020

_____
Robert Kwan
United States Bankruptcy Judge